UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAVIS,

                Plaintiff,

    - against -

BIG BALLER BRAND INC,
                Defendant.

22-cv-3626 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The deadline for Big Baller Brand Inc to answer the complaint was June 22, 2022. The time for Big Baller Brand Inc to answer is extended to July 8, 2022. The plaintiff shall serve a copy of this Order on the defendant and file proof of service by July 1, 2022.

SO ORDERED.

Dated:    New York, New York
           June 23, 2022

                                          John G. Koeltl
                                      United States District Judge