```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KEVIN DAVIS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | 22-cv-3626 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| BIG BALLER BRAND INC., | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The conference scheduled for July 13, 2022, is canceled.

SO ORDERED.

Dated:   New York, New York
         July 5, 2022

_____
John G. Koeltl
United States District Judge