UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS, INDIVIDUALLY AND BEHALF
OF OTHERS SIMILARLY SITUATED,    22-cv-3626 (JGK)

        Plaintiffs,    ORDER

- against -

BIG BALLER BRAND INC,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to respond to the Complaint has passed. The plaintiffs should seek a default judgment by Order to Show Cause supported by a certificate of default by July 25, 2022. See Individual Practice VII.

SO ORDERED.

Dated:    New York, New York
           July 11, 2022

                                          John G. Koeltl
                                      United States District Judge